Filing # 139387060 E-Filed 11/30/2021 04:09:30 PM

IN THE CIRCUIT COURT, SEVENTH
JUDICIAL CIRCUIT, IN AND FOR ST.
JOHNS COUNTY, FLORIDA

CASE NO:    CA21-1341

TYRONE REGINALD ADAMS,

     Plaintiff,

vs.

BRUCE ANTHONY FERNANDES
AND ATL LOGISTICS1 INC,

     Defendants.

_____ /

## SUMMONS

THE STATE OF FLORIDA:

To all and singular sheriffs of said state:

     YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint
or Petition, Interrogatories, Request for Production, and Request for Admissions in the above-
styled cause upon the Defendant:

**ATL LOGISTICS1 INC**
**c/o Haris Spiodic, as Registered Agent**
**1244 Beaver Ruin Road, Suite 104**
**Norcross, GA 30093**

     Each Defendant is hereby required to serve written defenses to said Complaint or Petition
on **Jeffrey J. Humphries, Esquire, Morgan & Morgan, P.A., 76 South Laura Street, Suite
1100, Jacksonville, Florida 32202, Telephone (904) 398-2722, within twenty (20) days after
service of this Summons upon you**, exclusive of the day of service, and to file the original of said
written defenses with the Clerk of said Court either before service on Plaintiff's attorney or
immediately thereafter. If you fail to do so, a default will be entered against you for the relief
demanded in the Complaint or Petition.

     If you are a person with a disability who needs an accommodation in order to access
court facilities or participate in a court proceeding, you are entitled, at no cost to you, to the
provision of certain assistance. Please contact Court Administration , 125 E. Orange Ave., Ste.
300, Daytona Beach, FL 32114; (386) 257-6096 at least 7 days before your scheduled court
appearance, or immediately upon receiving this notification if the time before the scheduled
appearance is less than 7 days; if you are hearing impaired call 711.



**Filed for record 11/30/2021 0**    **ourt St. Johns County, FL**

WITNESS my hand and seal of this Court on this ___30___ day of _____NOV_____, 2021.

BRANDON PATTY
Clerk of the Circuit Court

By _____Katy E Chance_____
As Deputy Clerk

## IMPORTANTE

Usted ha sido demandado legalmente.  Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal.  Una llamada telefonica no lo protegera; si usted desea que el tribunal considere su defensa, debe presentar su repuesta por escrito, incluyendo el numero del caso y los numbres de las partes interesadas en dicho caso.  Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal.  Existen otros requisitos legales.  Si lo desea, puede usted consultar a un abogado immediatamente.  Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su centa, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted inviar por correo o entregar una copia de su respuesta a la persona denuminada abajo como "Plaintiff/Plaintiff's Attorney."  (Demandate o Abogado del Demanadante).

"De acuerdo con el Acto o' Decreto de los Americanos con Impedimentos Inhabilitados, personas en necesidad del servicio especial para particpar en estee procedimiento deberan, dentro de un tiempo razonable, antes de cualquier procedimiento, ponerse en un tiempo razonable, antes de cualquier procedimiento, ponerse en contacto con la oficina Administrativa de la Corte, Telefono (386) 257-6096, via Florida Relay Service"

## IMPORTANT

Des poursuites judiciaries ont ete entreprises contre vous.  Vous avez 20 jours consecutifs a partir de la date de l'assignation de cet'te citation pour deposer une response ecrite a la plainte ci-jointe aupres de ce Tribunal.  Un simple coup de telephone est insuffisant pour vous proteger' vous etes oblige de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le Tribunal entende votre cause.  Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du Tribunal.  Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat.  Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une response ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

En accordance avec la Loi des "Americans With Disabilities".  Les personnes en besoin d'une accomodation speciale pour participer a ces procedures doivent, dans un temps raisonable, avant d'entreprendre aucune autre demarche, contracter l'office administrative de la Court situe au le telephone ou (386) 257-6096, via Florida Relay Service.

**MORGAN & MORGAN, P.A.**
**Jeffrey J. Humphries, Esquire**
**76 South Laura Street, Suite 1100**
**Jacksonville, Florida 32202**
**(904) 398-2722**

Filing # 139387060 E-Filed 11/30/2021 04:09:30 PM

IN THE CIRCUIT COURT, SEVENTH
JUDICIAL CIRCUIT, IN AND FOR ST.
JOHNS COUNTY, FLORIDA

CASE NO:   CA21-1341

TYRONE REGINALD ADAMS,

      **Plaintiff,**

vs.

**BRUCE ANTHONY FERNANDES
AND ATL LOGISTICS1 INC,**

      **Defendants.**

_____ /

## SUMMONS

THE STATE OF FLORIDA:

To all and singular sheriffs of said state:

      YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint or Petition, Interrogatories, Request for Production, and Request for Admissions in the above-styled cause upon the Defendant:

**BRUCE ANTHONY FERNANDES**
**50 Cattlewalk Way**
**Covington, GA 30016**

      Each Defendant is hereby required to serve written defenses to said Complaint or Petition on **Jeffrey J. Humphries, Esquire, Morgan & Morgan, P.A., 76 South Laura Street, Suite 1100, Jacksonville, Florida 32202, Telephone (904) 398-2722, <u>within twenty (20) days after service of this Summons upon you</u>**, exclusive of the day of service, and to file the original of said written defenses with the Clerk of said Court either before service on Plaintiff's attorney or immediately thereafter. If you fail to do so, a default will be entered against you for the relief demanded in the Complaint or Petition.

      If you are a person with a disability who needs an accommodation in order to access court facilities or participate in a court proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Court Administration , 125 E. Orange Ave., Ste. 300, Daytona Beach, FL 32114; (386) 257-6096 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing impaired call 711.

WITNESS my hand and seal of this Court on this ___30___ day of _____NOV_____, 2021.

BRANDON PATTY
Clerk of the Circuit Court

By _Katy E Spence_
As Deputy Clerk

## IMPORTANTE

Usted ha sido demandado legalmente.  Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal.  Una llamada telefonica no lo protegera; si usted desea que el tribunal considere su defensa, debe presentar su repuesta por escrito, incluyendo el numero del caso y los numbres de las partes interesadas en dicho caso.  Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal.  Existen otros requisitos legales.  Si lo desea, puede usted consultar a un abogado immediatamente.  Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su centa, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted inviar por correo o entregar una copia de su respuesta a la persona denuminada abajo como "Plaintiff/Plaintiff's Attorney." (Demandate o Abogado del Demandadante).

"De acuerdo con el Acto o' Decreto de los Americanos con Impedimentos Inhabilitados, personas en necesidad del servicio especial para particpar en estee procedimiento deberan, dentro de un tiempo razonable, antes de cualquier procedimiento, ponerse en un tiempo razonable, antes de cualquier procedimiento, ponerse en contacto con la oficina Administrativa de la Corte, Telefono (386) 257-6096, via Florida Relay Service"

## IMPORTANT

Des poursuites judiciaries ont ete entreprises contre vous.  Vous avez 20 jours consecutifs a partir de la date de l'assignation de cet'te citation pour deposer une response ecrite a la plainte ci-jointe aupres de ce Tribunal.  Un simple coup de telephone est insuffisant pour vous proteger' vous etes oblige de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le Tribunal entende votre cause.  Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du Tribunal.  Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat.  Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une response ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

En accordance avec la Loi des "Americans With Disabilities".  Les personnes en besoin d'une accomodation speciale pour participer a ces procedures doivent, dans un temps raisonable, avant d'entreprendre aucune autre demarche, contracter l'office administrative de la Court situe au le telephone ou (386) 257-6096, via Florida Relay Service.

**MORGAN & MORGAN, P.A.**
**Jeffrey J. Humphries, Esquire**
**76 South Laura Street, Suite 1100**
**Jacksonville, Florida  32202**
**(904) 398-2722**

Exhibit A



REQUESTS FOR ACCOMMODATIONS BY PERSONS WITH DISABILITIES
If you are a person with a disability who needs an accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Court Administration, 101 N. Alabama Ave., Ste. D-305, DeLand, FL 32724, (386) 257-6096, at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the appearance is less than 7 days; if you are hearing or voice impaired, call 711.

THESE ARE NOT COURT INFORMATION NUMBERS



SOLICITUD DE ADAPTACIONES PARA PERSONAS CON DISCAPACIDADES
Si usted es una persona con discapacidad que necesita una adaptacion para poder participar en este procedimiento, usted tiene el derecho a que se le proporcione cierta asistencia, sin incurrir en gastos. Comuníquese con la Oficina de Administracion Judicial (Court Administration), 101 N. Alabama Ave., Ste. D-305, DeLand, FL 32724, (386) 257-6096, con no menos de 7 dias de antelaci6n de su cita de comparecencia ante el juez, o de inmediato al recibir esta notificacion si la cita de comparecencia esta dentro de un plazo menos de 7 dias; si usted tiene una discapacidad del habla o del oido, llame al 711.

ESTOS NUMEROS TELEFONICOS NO SON PARA OBTENER INFORMACION JUDICIAL

Filing # 139387060 E-Filed 11/30/2021 04:09:30 PM

IN THE CIRCUIT COURT, SEVENTH
JUDICIAL CIRCUIT, IN AND FOR ST.
JOHNS COUNTY, FLORIDA

CASE NO:   CA21-1341

TYRONE REGINALD ADAMS,

      Plaintiff,

vs.

BRUCE ANTHONY FERNANDES
AND ATL LOGISTICS1 INC,

      Defendants.

_____/

## COMPLAINT

COMES NOW the Plaintiff, **TYRONE REGINALD ADAMS**, by and through the undersigned counsel, and sues Defendants, **BRUCE ANTHONY FERNANDES AND ATL LOGISTICS1 INC**, and alleges:

1.    This is an action for damages that exceeds the sum of THIRTY THOUSAND DOLLARS ($30,000.00), exclusive of costs, interest and attorneys' fees.

2.    At all times material to this action, Plaintiff, **TYRONE REGINALD ADAMS**, was a natural person residing in Jacksonville, Duval County, Florida.

3.    At all times material to this action, Defendant, **BRUCE ANTHONY FERNANDES**, was a natural person residing in Covington, Newton County, Georgia.

4.    At all times material to this action, Defendant, **ATL LOGISTICS1 INC**, was a Georgia Domestic Profit Corporation authorized to do business and doing business in the State of Florida.

5.      On or about August 11, 2021, Plaintiff, **TYRONE REGINALD ADAMS**, was operating a motor vehicle traveling northbound in the center lane on Interstate 95 in St. Johns County, Florida.

6.      At that time and place, Defendant, **BRUCE ANTHONY FERNANDES**, was operating a tractor-trailer, owned by Defendant, **ATL LOGISTICS1 INC**, traveling northbound in the center lane on Interstate 95 in St. Johns County, Florida.

7.      At that time and place, Defendant, **BRUCE ANTHONY FERNANDES**, negligently operated and/or maintained the tractor-trailer so that it began to hydroplane, causing the tractor-trailer to jackknife into the left lane. Plaintiff, **TYRONE REGINALD ADAMS**, took evasive action to avoid the collision with Defendant, **BRUCE ANTHONY FERNANDES**, by entering the right lane. Another tractor-trailer, being drive by Juan Carlos Lopez Ortega, was driving directly in front of Plaintiff, **TYRONE REGINALD ADAMS**, who was also merging into the right lane at the same time, which caused the front of the Plaintiff's vehicle to crash into the back of the tractor-trailer being driven by Juan Carlos Lopez Ortega.

**COUNT I**
**NEGLIGENCE CLAIM AGAINST BRUCE ANTHONY FERNANDES**

8.      Plaintiff, **TYRONE REGINALD ADAMS**, re-alleges and incorporates by reference each and every allegation contained in Paragraphs 1 through 7 above, and further alleges:

9.      As a direct and proximate cause of Defendant, **BRUCE ANTHONY FERNANDES'S** negligence, Plaintiff, **TYRONE REGINALD ADAMS**, suffered or incurred significant and permanent loss of an important bodily function and/or permanent and significant scarring; permanent injury within a reasonable degree of medical probability other than scarring or disfigurement; aggravation or activation of an existing disease or physical defect; pain, suffering, disability, physical impairment, mental anguish, inconvenience, and a loss of capacity for the

enjoyment of life; expenses of medical care and treatment in the past and in the future; and loss of wages and/or loss of earning capacity in the future.

10.    All losses are continuing and/or permanent.

11.    Plaintiff will suffer or incur the injuries, expenses and impairment in the future.

**COUNT II**
**NEGLIGENCE CLAIM AGAINST ATL LOGISTICS1 INC**

12.    Plaintiff, **TYRONE REGINALD ADAMS**, re-alleges and incorporates by reference each and every allegation contained in Paragraphs 1 through 11 above, and further alleges:

13.    At that time and place, Defendant, **BRUCE ANTHONY FERNANDES**, was operating the tractor-trailer during the course and scope of his employment with Defendant, **ATL LOGISTICS1 INC**.

14.    At that time and place, Defendant, **BRUCE ANTHONY FERNANDES**, was operating and driving the tractor-trailer with the permission and consent of its owner, Defendant, **ATL LOGISTICS1 INC**.

15.    At all relevant times, Defendant, **BRUCE ANTHONY FERNANDES**, was the employee, agent, servant, and/or statutory employee for Defendant, **ATL LOGISTICS1 INC**, operating for the benefit of, in furtherance of the interests of and/or within the course and scope of his employment with Defendant, **ATL LOGISTICS1 INC**. Accordingly, Defendant, **ATL LOGISTICS1 INC**, is vicariously liable for the acts of Defendant, **BRUCE ANTHONY FERNANDES**. Regardless of the employment or agency relationship, Defendant, **ATL LOGISTICS1 INC**, is an intrastate motor carrier responsible for the acts of Defendant, **BRUCE ANTHONY FERNANDES**.

16.     Defendant, **ATL LOGISTICS1 INC**, is vicariously liable for the negligence of Defendant, **BRUCE ANTHONY FERNANDES**, pursuant to the Florida Dangerous Instrumentality Doctrine.

17.     As a direct and proximate cause of Defendant, **ATL LOGISTICS1 INC's** negligence, Plaintiff, **TYRONE REGINALD ADAMS**, suffered or incurred significant and permanent loss of an important bodily function and/or permanent and significant scarring; permanent injury within a reasonable degree of medical probability other than scarring or disfigurement; aggravation or activation of an existing disease or physical defect; pain, suffering, disability, physical impairment, mental anguish, inconvenience, and a loss of capacity for the enjoyment of life; expenses of medical care and treatment in the past and in the future; and loss of wages and/or loss of earning capacity in the future.

18.     All losses are continuing and/or permanent.

19.     Plaintiff will suffer or incur the injuries, expenses and impairment in the future.

**WHEREFORE**, Plaintiff, **TYRONE REGINALD ADAMS**, demands judgment for damages against Defendants, **BRUCE ANTHONY FERNANDES and ATL LOGISTICS1 INC**, and other such relief deemed proper by the Court.  Plaintiff also demands a jury trial on all issues so triable.

**RESPECTFULLY** submitted this 30th day of November, 2021.

4

**MORGAN & MORGAN**

**JEFFREY J. HUMPHRIES, ESQUIRE**
Florida Bar No.: 708631
76 South Laura Street, Suite 1100
Jacksonville, FL 32202
Primary email: JHumphries@forthepeople.com
Secondary emails: TMcfarland@forthepeople.com
Telephone:  (904) 398-2722
Facsimile:  (904) 366-7677
Attorney for Plaintiff

5